UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMONE K. BAIN,

    Plaintiff,

v.

                              Civil No. 13-848 (RCL)

GARY, WILLIAMS, PARENTI, WATSON,
& GARY, P.L., et al.,

    Defendant.

## [PROPOSED] ORDER

Good cause appearing therefor, **IT IS ORDERED**:

1. Plaintiff's counsel may provide information produced by the Estate of Michael Jackson, Sony Music, Sony/ATV Music Publishing, Andrea Finkelstein and/or AEG Live pursuant to the Court's September 29 Order to her damages expert;

2. Plaintiff's counsel may provide all information produced by the Estate of Michael Jackson, Sony Music, Sony/ATV Music Publishing, Andrea Finkelstein and/or AEG Live pursuant to the Court's September 29 Order to Defendants' counsel;

3. Plaintiff Bain may review final expert reports (by Plaintiff and Defendants) upon service that incorporate the information produced by the Estate of Michael Jackson, Sony Music, Sony/ATV Music Publishing, Andrea Finkelstein and/or AEG Live pursuant to the Court's September 29 Order;

4. The March 27, 2015 Scheduling Order is superseded to the following extent:

| | |
|---|---|
| Plaintiff's Supplemental Damages Expert Report Due | 02/05/2016 |
| Deadline for Deposing Plaintiff's Damages Expert | 02/19/2016 |
| Defendants' Expert Disclosures | 03/04/2016 |
| Deadline for Deposing Defendants' Experts | 03/25/2016 |
| Plaintiff's Expert Rebuttal Reports | 04/08/2016 |
| Deadline for Deposing Plaintiff's Rebuttal Experts | 04/29/2016 |
| ADR | 04/29/16 – 06/09/16 |
| Deadline for Filing of Dispositive Motions | 05/16/2016 |
| Pre-Trial Conference | ~~06/09/2016~~ 9/14/2016, 4:30 PM |
| Trial | ~~06/27/2016~~ 9/19/2016 |

Dated: 1/6/16

*Royce C. Lamberth*
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE