UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMONE K. BAIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GARY, WILLIAMS, PARENTI, WATSON )<br>& GARY, P.L., *ET AL.*, )<br>)<br>    Defendants. )<br>_____) | Civil No. 13-848 (RCL) |

## **[PROPOSED] AMENDED SCHEDULING ORDER**

Good cause appearing therefor, IT IS ORDERED that the January 6, 2016 scheduling order is amended as follows:

| | |
|---|---|
| Plaintiff Expert Disclosures | 03/25/2016 |
| Deadline for Completion of Plaintiff Expert Depositions | 04/12/2016 |
| Defendant Expert Disclosures | 04/29/2016 |
| Deadline for Completion of Defendant Expert Depositions | 05/17/2016 |
| Plaintiff Expert Rebuttal Report | 06/03/2016 |
| Deadline for Completion of Plaintiff Expert Rebuttal Depositions | 06/21/2016 |
| Deadline for Filing of Dispositive Motions | 07/08/2016 |
| ADR | 06/21/16 – 09/14/16 |
| Pre-Trial Conference | 09/14/2016, 4:30 PM |
| Trial | 09/19/2016 |

Dated: _____            _____
                                                            THE HONORABLE ROYCE C. LAMBERTH
                                                            UNITED STATES DISTRICT JUDGE