UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMONE K. BAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L., *ET AL.*,<br><br>    Defendants. | Civil No. 13-848 (RCL) |

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

WHEREAS, on December 28, 2015, the parties filed a stipulation for a new scheduling order to govern the remaining deadlines in the case (Dkt. No. 48), which the Court entered on January 6, 2016 (Dkt. No. 51);

WHEREAS, the December 28, 2015 stipulation was predicated on a presumption that the Michael Jackson Estate would promptly make the remainder of the production that the Court had ordered on September 29, 2015, and also acknowledged that the parties "may need to seek further extensions if the third party information is not promptly produced" (*see* Dkt. No. 48);

WHEREAS, Plaintiff has still not received all of the remaining documents from the Estate;

WHEREAS, in addition to filing a motion for contempt against the Estate related to the Estate's discovery responses (*see* Dkt. No. 47), Plaintiff has been engaged in an extensive meet and confer with the Estate for the production of relevant documents;

WHEREAS, the parties filed a Joint Motion to further amend the schedule on February 5, 2016 (*see* Dkt. No. 53), on which the Court has not yet ruled;

1

WHEREAS, the parties have agreed that the current deadlines can be extended to allow Plaintiff and the Estate to either resolve their discovery dispute via the meet and confer process or until the Court's resolution of Plaintiff's motion to compel.

THEREFORE, the parties STIPULATE and AGREE to the following case schedule, subject to the Court's approval:

| | |
|---|---|
| Plaintiff Expert Disclosures | 04/08/2016 |
| Deadline for Completion of Plaintiff Expert Depositions | 04/26/2016 |
| Defendant Expert Disclosures | 05/13/2016 |
| Deadline for Completion of Defendant Expert Depositions | 05/31/2016 |
| Plaintiff Expert Rebuttal Report | 06/17/2016 |
| Deadline for Completion of Plaintiff Expert Rebuttal Depositions | 07/05/2016 |
| Deadline for Filing of Dispositive Motions | 07/22/2016 |
| ADR | 07/05/16 – 09/14/16 |
| Pre-Trial Conference | 09/14/2016, 4:30 PM |
| Trial | 09/19/2016 |

Dated: March 25, 2015

Respectfully Submitted,

HAUSFELD LLP

*/s/ Seth R. Gassman*
Michael D. Hausfeld
James J. Pizzirusso
Seth R. Gassman
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200

Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
      jpizzirusso@hausfeld.com
      sgassman@hausfeld.com

Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: bsweeney@hausfeld.com

*/s/ Jeffrey L. Fazio*
Jeffrey L. Fazio
FAZIO MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
Telephone: (925) 543-2555
Email: jlf@fazmiclaw.com

*Counsel for Plaintiff*


THE WOOD LAW FIRM PLLC

*/s/ Sheryl R. Wood*
Sheryl R. Wood
1629 K Street, NW, Suite 300
Washington, DC  20006
(202) 466-0986 (voice)
(410) 576-8941 (phone)
(888) 825-3796 (facsimile)
sw@thewoodlawfirm.com

*Counsel for Defendants*