UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMONE K. BAIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-848 (RCL) |
| GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L., *et al.*, | ) |
| Defendants. | ) |

## ORDER

In light of the pending stay of proceedings herein, this case shall be terminated in the active dockets of this Court as dismissed without prejudice, subject to reinstatement upon notification that the state court action has concluded.

Status reports herein shall continue to be filed as previously ordered. The next report is due November 14, 2016.

IT IS SO ORDERED this 30th day of September, 2016.

_____
ROYCE C. LAMBERTH
United States District Judge