UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMONE K. BAIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 13-848 (RCL) |
| GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L., *ET AL.*, | ) |
| Defendants. | ) |

**STATUS REPORT**

On May 6, 2016, the Court granted Plaintiff's Motion to Stay (Dkt. No. 54) and ordered that the case was stayed until the resolution of *In Re the Estate of Michael Joseph Jackson, aka Michael Jackson, Decedent*, No. BP 117321 (Hon. Maria Stratton, Dept. 5) ("the probate action") and *Morris et al. v. Branca et al.*, No. BC 508258 (Hon. Michael P. Linfield, Dept. 34) (the "civil action"). The Court further ordered that the Plaintiff provide status reports every 90 days, beginning on August 15, 2016. Plaintiff filed her first status report on August 15, reporting that the parties in the probate action had completed their submission of evidence and that Plaintiff was still awaiting a decision. On September 30, 2016, the Court administratively dismissed this case without prejudice, subject to reinstatement after completion of the state proceedings. The Court further ordered that Plaintiff continue to file her status reports every 90 days.

As Plaintiff reported previously, Judge Stratton ruled in favor of the Estate in the probate action on March 27, 2017, and Plaintiff filed a notice of appeal afterwards. Briefing on the appeal has not yet been filed. Because the probate action is still pending, Plaintiff has not yet

proceeded with her claim in the civil action.

Plaintiff will file her next status report on November 13, 2017,[1] or sooner if further developments so warrant.

Dated: August 14, 2017

Respectfully Submitted,

HAUSFELD LLP

*/s/ James J. Pizzirusso*_____
Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
       jpizzirusso@hausfeld.com

Bonny E. Sweeney
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: bsweeney@hausfeld.com

*/s/ Jeffrey L. Fazio*_____
Jeffrey L. Fazio
FAZIO MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
Telephone: (925) 543-2555
Email: jlf@fazmiclaw.com

*Counsel for Plaintiff*

---

[1] 90 days from August 14, 2017, falls on Sunday, November 12, 2017. Plaintiff will file on the following Monday. *See* Fed. R. Civ. P. 6(a)(1)(C).

**CERTIFICATE OF SERVICE**

I, James J. Pizzirusso, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via CM/ECF on August 14, 2017.

                                                */s/ James J. Pizzirusso*_____
                                                James J. Pizzirusso